IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
Civil Action File No. 5:05-CV-570-H(2)

| | |
|---|---|
| TIMEPLANNER CALENDARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORWOOD OPERATING COMPANY, LLC, d/b/a Norwood Promotional Products, <br><br> Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel for the parties stipulate that the foregoing action, including all claims and counterclaims that were or could have been asserted, is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

This the 25th of August, 2006.

_____
Cynthia L. Wittmer
N.C. Bar No. 10098
Parker Poe Adams & Bernstein LLP
150 Fayetteville Street Mall, Suite 1400
P.O. Box 389
Raleigh, North Carolina 27602
Telephone: (919) 828-0564
Facsimile: (919) 834-4564

*Attorneys for Plaintiff*

_____
Pressly M. Millen
N.C. Bar No. 16178
Womble Carlyle Sandridge & Rice, PLLC
P.O. Box 831
Raleigh, North Carolina 27602
Telephone: (919) 755-2100
Facsimile: (919) 755-2150

*Attorneys for Defendant*